No. 740. ONEIDA COMMUNITY, LTD. *v.* INTERNATIONAL SILVER CO. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Harry D. Nims* and *Minturn*

742

*deS. Verdi* for petitioner. *Messrs. John P. Bartlett, Richard Eyre, Edward S. Rogers,* and *Ralph L. Scott* for respondent.

